John Ota (SBN 195532)
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA 94501
Telephone: (510) 521-7047
Email: johnota@sbcglobal.net

Attorney for Plaintiff RYAN JOHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| RYAN JOHN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HANLEES DAVIS, INC., a California Corporation, doing business as HANLEES DAVIS TOYOTA; and DOES 1 through 10;<br><br>　　　　　　Defendants. | Case No. 2:12-cv-02529-WBS-KJN<br><br>ORDER ON PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES AND AFFIDAVIT |

Having considered Plaintiff's Application to Proceed Without Payment of Fees and Affidavit, the Court finds that Plaintiff has shown that he meets the requirements to proceed without payment of fees. Therefore, the Court ORDERS that Plaintiff's Application to Proceed Without Payment of Fees and Affidavit is hereby GRANTED.

Date:  October 11, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE