John Ota, SBN 195532
Law Offices of John Ota
1720 Broadway
Alameda, CA 94501
Phone: (510) 521-7047
Email: johnota@sbcglobal.net
Attorney for Plaintiff RYAN JOHN
*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RYAN JOHN, <br><br> Plaintiff, <br><br> vs. <br><br> HANLEES DAVIS, INC.;, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:12-cv-02529-WBS-AC* <br><br> **ORDER RE: PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |

Having reviewed the request from plaintiff's counsel to participate in the July 1, 2013, 2:00 p.m. hearing on defendant's Motion to Compel Arbitration and Stay Proceedings, the request is hereby GRANTED. The courtroom deputy shall email plaintiff's counsel with instructions on how to participate in the telephone conference call.

Dated: June 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE