**David A. Hosilyk (No. 191274)**
**FINE, BOGGS & PERKINS LLP**
80 Stone Pine Road, Suite 210
Half Moon Bay, California 94019
Telephone: (650) 712-8909
Facsimile: (650) 712-1712
Email: dhosilyk@employerlawyers.com

Attorneys for Defendants
HANLEES DAVIS, INC.
*dba* HANLEES DAVIS TOYOTA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| **RYAN JOHN**, <br><br> Plaintiff, <br><br> v. <br><br> **HANLEES DAVIS, INC., a California Corporation, doing business as HANLEES DAVIS TOYOTA; and DOES 1 through 10:** <br><br> Defendants. | Case No. 2:12-cv-02529-WBS-AC <br><br> **ORDER RE: DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE** |

Having reviewed the request from Defendant's counsel to participate in the July 1, 2013, 2:00 p.m. hearing on Defendant's Motion to Compel Arbitration and Stay Proceedings, the request is hereby GRANTED. The courtroom deputy shall email defendant's counsel with instructions on how to participate in the telephone conference call.

Dated: June 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE